**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George LALOUDAKIS, Defendant–
Appellant.**

**No. 13–8022.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

George Laloudakis, Appellant Pro Se.
Debra Lynn Dwyer, Assistant United
States Attorney, Rod J. Rosenstein, United States Attorney, Baltimore, Maryland,
for Appellee.

Before NIEMEYER, KING, and
AGEE, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Laloudakis seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-

er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitutional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedural grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Laloudakis has
not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*